UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Stewart N. Abramson,<br><br>        Plaintiff,<br><br>v.<br><br>Evolve Bank & Trust<br><br>        Defendant. | Case No.: 2:13-cv-01260-MRH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Stewart N. Abramson dismisses his complaint against Evolve Bank & Trust, with prejudice, each party to bear their own costs, expenses and attorney's fees.

Respectfully submitted by,

DATED: October 22, 2013

*Pro Se* Plaintiff

By: /s/ Stewart N. Abramson
    Stewart N. Abramson
    522 Glen Arden Drive
    Pittsburgh, PA 15208
    Phone: 412-362-4233

DATED: October 22, 2013

REED SMITH LLP

By: */s/ Gretchen Woodruff Root (with permission)*
    Gretchen Woodruff Root (Pa. I.D. # 309683)
    225 Fifth Avenue
    Pittsburgh, PA 15222
    Phone: (412) 288-3131
    Email: groot@reedsmith.com

*Attorney for Defendant Evolve Bank & Trust*

AND NOW, this 22ND day of October, 2013.
IT IS SO ORDERED.
[signature]
UNITED STATES DISTRICT JUDGE